UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANDREW M. FLORES,<br><br>            Petitioner,<br><br>     v.<br><br>WARDEN MARTINEZ, *et al*,<br><br>            Respondents. | Case No.  C06-5114RBL-KLS<br><br>ORDER DISMISSING PETITION |

The Court, having reviewed the petition for *habeas corpus*, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) Petitioner's Motion to Supplement the Record [Dkt. #26] is **GRANTED**;

(2) the Court adopts the Report and Recommendation;

(3) petitioner's federal *habeas corpus* petition is **DISMISSED**; and

(4) the Clerk is directed to send copies of this Order to petitioner and to Judge Strombom.

DATED this 6th day of February, 2007.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE