HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ANDREW M. FLORES,

    Petitioner,

  v.

WARDEN MARTINEZ, et al,

    Respondents.

Case No. C06-5114RBL

ORDER

  THIS MATTER comes on before the above-entitled Court upon Petitioner's [2nd] Notice of Appeal and Motion for a Certificate of Appealability [Dkt. #31].

  Having considered the entirety of the records and file herein, the Court finds and rules as follows:

  Petitioner has filed a Notice of Appeal of this Court's Order adopting the report and recommendation denying his petition for a writ of habeas corpus [Dkt. #28]. He has also filed a Letter seeking to supplement the record [Dkt. #34]. The Court will consider the letter as a Motion for Reconsideration and because the Letter/Motion fails to show "manifest error" in the Court's prior ruling or provide "new facts or legal authority," CR 7(h)(1), Local Rules W.D. Wash, the Letter/Motion [Dkt. #34] will be **DENIED.**

  Petitioner has filed a Motion to Supplement the Record [Dkt. #35]. This motion, unlike the letter referenced above, does not seek reconsideration; rather, petitioner asks for more time to reply to any response by the respondent to his Motion for a Certificate of Appealability. Because respondent has not filed a

ORDER
Page - 1

response to petitioner's Motion for a Certificate of Appealability, petitioner's Motion to Supplement the Record [Dkt. #35] is **DENIED** as **MOOT**.

Furthermore, for the reasons stated in the Report and Recommendation [Dkt. #24], this Court declines to issue a Certificate of Appealability because the petitioner has failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2).

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 19th day of March, 2007.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE